UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED
AUG 1 7 2005
FRED L. BORCH III, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP. CLK

CASE NO: 5:05-M-893

| | |
|---|---|
| UNITED STATES OF AMERICA | } |
| | } |
| V. | } |
| | } CRIMINAL INFORMATION |
| MICHAEL RODRIGUEZ | } |
| Fayetteville, NC 28314 | } |

Defendant:

The United States Attorney charges:

COUNT I

THAT, on or about 17 June 2005, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, MICHAEL RODRIGUEZ, did operate a motor vehicle upon a street, highway, or public vehicular area while under the influence of an impairing substance and/or after having consumed sufficient alcohol that he had, at a relevant time after driving, a blood alcohol concentration of 0.08% or more; in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-138.1.

COUNT II

THAT, on or about 17 June 2005, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, MICHAEL RODRIGUEZ, did recklessly operate a motor vehicle upon a street, highway, or public vehicular area without due caution and circumspection and at a speed or in a manner so as to

endanger or be likely to endanger any person or property, in violation of Title 18, United States Code Section 13, assimilating North Carolina General Statute 20-140(b).

COUNT III

THAT, on or about 17 June 2005, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, MICHAEL RODRIGUEZ, did operate a motor vehicle upon a street, highway, or public vehicular area while transporting an open container of alcoholic beverage after he consumed alcohol, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-138.7.

COUNT IV

THAT, on or about 17 June 2005, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, MICHAEL RODRIGUEZ, did knowingly cause a juvenile, within the jurisdiction of this court, to be placed in a condition whereby the juvenile could be adjudicated as neglected, to wit: by operating a vehicle under the influence of an impairing substance while his 4 year old child was present in said vehicle, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 14-316.1.

FRANK D. WHITNEY
UNITED STATES ATTORNEY

BY: _____
WENDY P. DAKNIS
Special Assistant United States
  Attorney
XVIII Airborne Corps & Ft Bragg
Fort Bragg, NC  28307-5000
(910) 396-1221/1222